UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN DAOUST, | No. 2:13-cv-1997 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ATG-REHAB SPECIALISTS, INC., et al., | |
| Defendants. | |

Plaintiffs filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On January 16, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2014 are adopted in full;

/////

/////

1

2. Plaintiff's motion to remand (ECF No. 20) is granted; and

3. This action is remanded to the Superior Court of California, County of San Joaquin.

Dated: March 3, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge